**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 13-2139**

───────────

MARK ALLEN WASMUTH, a living Immortal Spiritual being, a
living physical man; MEREDITH PHILLIPPI WASMUTH, a living
Immortal Spiritual being, a living physical woman,

Plaintiffs - Appellants,

v.

SANJIV DAS, Acting artificially as a
ordinary/officer/president for CitiMortgage Inc; PAUL INCE,
Acting artificially as ordinary/officer/CFO for CitiMortgage
Inc; JERRY OCHELTREE, Acting artificially as
ordinary/officer/president for First Bank Inc; ERIC P.
CREDLE, Acting artificially as a ordinary/officers for First
Bank Inc; JOHN WALSH, Acting artificially as an
ordinary/Comptroller of the Currency; BILL BECKMANN, Acting
artificially as a ordinary/officers for MERS; MARIA LEONOR
GERHOLDT, Acting artificially as officers for Nationwide
Title Clearing and agent for the State of Florida; DONALD R.
KIMBLE, Acting artificially as a ordinary/officer for
Huntington Bancshares Inc; STEPHEN D. STEINOUR, Acting
artificially as a ordinary/officer for Huntington Bancshares
Inc; MARY JO MCGOWAN, Acting artificially for Nationwide
Title Clearing; MARY JO MCGOWAN, Acting artificially as a
ordinary/officers for Huntington Bank Shares; UNITED STATES
OF AMERICA,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro. James A. Beaty,
District Judge. (1:11-cv-01013-JAB-JLW)

───────────

Submitted: March 25, 2014          Decided: March 27, 2014

───────────

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Mark Allen Wasmuth; Meredith Phillippi Wasmuth, Appellants Pro Se.  Donald Richard Pocock, NELSON MULLINS RILEY & SCARBOROUGH, LLP, Winston-Salem, North Carolina; David A. Senter, Sr., NEXSEN PRUET, PLLC, Greensboro, North Carolina; Gill Paul Beck, Sr., Joan Brodish Binkley, Assistant United States Attorneys, Greensboro, North Carolina; Pamela P. Keenan, KIRSCHBAUM, NANNEY, KEENAN & GRIFFIN, PA, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Allen Wasmuth and Meredith Phillippi Wasmuth appeal the district court's order accepting the recommendation of the magistrate judge and setting aside the state court's entry of default and default judgment against John Walsh, dismissing the claims against Walsh and the United States for failure to exhaust administrative remedies, and remanding the action against the remaining defendants to state court. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Wasmuth v. Das, No. 1:11-cv-01013-JAB-JLW (M.D.N.C. Aug. 26, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3